UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

—v—

Theresa Montgomery,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 05 2016

16-cr-77(AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Arraignment in this case is hereby scheduled for February 18, 2016, at 3:00 pm.

    The Court finds that the ends of justice served by granting an exclusion from the speedy trial computations from today's date through February 18, 2016, outweigh the interests of the public and the Defendant in a speedy trial in order to allow defense counsel to arrange Defendant's travel to this district, and to allow the parties to continue negotiations towards a disposition of this case.

    SO ORDERED.

Dated: Feb 5, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States* v. *Theresa Montgomery*, 16 Cr. 77 (AJN)

Dear Judge Nathan:

  The Government writes respectfully to request that the Court schedule an arraignment and initial pretrial conference in the above-captioned case for a time convenient for the Court on February 17, 18, or 19, 2016. The reason for the request is that the defendant will be traveling to the arraignment from South Carolina, and defense counsel intends to request a travel order authorizing the U.S. Marshal Service to pay for her travel. Defense counsel consents to this request.

  The Government further respectfully requests that time under the Speedy Trial Act be excluded from today through the date set by the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice are served by this exclusion of time so that defense counsel may make arrangements for the defendant to travel to New York City and the parties may begin to work toward a pretrial disposition of this matter. Defense counsel consents to the exclusion of time.

            Respectfully submitted,

            PREET BHARARA
            United States Attorney

    by: _____
      Andrew D. Beaty
      Assistant United States Attorney
      (212) 637-2198

cc: Robert Baum, Esq.